**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LUXOTTICA GROUP S.p.A. and OAKLEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZHI YING WU, ZHENHUI ZHANG, YAN ZHI, LU YINAN, KRYLOVA MARTA, and YANG YAN, <br><br> Defendants. | Case No. 18-cv-02549 <br><br> **Judge John Z. Lee** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

**ORDER DIRECTING ISSUANCE OF A LETTER OF REQUEST PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN <u>CIVIL OR COMMERCIAL MATTERS</u>**

This Court, hereby GRANTS Plaintiffs Luxottica Group S.p.A.'s and Oakley, Inc.'s Motion for entry of an Order Directing Issuance of a Letter of Request Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Convention"). Accordingly, this Court orders that:

1. Plaintiffs' proposed Letter of Request Pursuant to the Hague Convention is issued to the designated Hague Convention Central Authority of the People's Republic of China, and the Court will execute in duplicate Plaintiffs' proposed Letter of Request.

2. The Clerk of this Court shall (a) apply the seal of the Court to both copies of the Letter of Request, (b) file a copy of the sealed Letter of Request in the docket of this action, and (c) transmit two sealed copies of the Letter of Request directly to the PRC Central Authority, as follows:

Ministry of Justice of China

International Legal Cooperation Center

No.33 PingAnLi XiDaJie

Xicheng District, Beijing, 100035

People's Republic of China

IT IS SO ORDERED.

Dated this 22nd day of October 2018.

_____

John Z. Lee
United States District Judge